**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02447-CMA-KLM

J & J SPORTS PRODUCTIONS, INC, as Broadcast Licensee of the
December 6, 2008, DeLaHoya/Pacquaio Broadcast,

      Plaintiff,

v.

DAVID SCOTT, individually, and as an officer, director shareholder and/or principal of
Stottgracey LLC, d/b/a Sportscaster Bar & Grill,
    a/k/a Sportscaster Bar,
    a/k/a Sportscaster Grill & Tavern,
    a/k/a Sportscaster Bar & Restaurant,
TOM ANDERSON, individually, and as an officer, director shareholder and/or principal
of Stottgracey LLC, d/b/a Sportscaster Bar & Grill,
    a/k/a Sportscaster Bar,
    a/k/a Sportscaster Grill & Tavern,
    a/k/a Sportscaster Bar & Restaurant, and
STOTTGRACEY LLC, d/b/a SPORTSCASTER BAR & GRILL,
    a/k/a SPORTSCASTER BAR,
    a/k/a SPORTSCASTER GRILL & TAVERN,
    a/k/a SPORTSCASTER BAR & RESTAURAN,

      Defendants.

---

## ORDER GRANTING DISMISSAL OF DEFENDANT TOM ANDERSON

---

    This matter is before the Court on Plaintiff's Notice of *Partial* Dismissal (Doc.

# 6).  The Court has reviewed the Notice and ORDERS as follows:

    Pursuant to F.R.Civ.P. 41(a)(1), Defendant Tom Anderson is hereby DISMISSED

WITHOUT PREJUDICE, Plaintiff and Defendant Anderson to pay his or its own costs,

attorneys fees and expenses.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the

removal of Tom Anderson as a Defendant in this case.

DATED:  November __6__, 2009

BY THE COURT:

_____

CHRISTINE M. ARGUELLO
United States District Judge