IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02447-CMA-KLM

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the December 6, 2008, DeLaHoya/Pacquaio Broadcast,

     Plaintiff,

v.

DAVID STOTT, individually, and as an officer, director shareholder and/or principal of STOTTGRACEY LLC, d/b/a SPORTSCASTER BAR & GRILL, a/k/a SPORTSCASTER BAR, a/k/a SPORTSCASTER GRILL & TAVERN, a/k/a SPORTSCASTER BAR & RESTAURANT, and
STOTTGRACEY LLC, d/b/a SPORTSCASTER BAR & GRILL, a/k/a SPORTSCASTER BAR, a/k/a SPORTSCASTER GRILL & TAVERN, a/k/a SPORTSCASTER BAR & RESTAURANT,

     Defendants.
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Appear Via Telephone at Initial Conference** [Docket No. 13; Filed November 24, 2009] (the "Motion").  The Motion is unopposed.  In the Motion, Plaintiff indicates that *pro se* Defendant David Stott also would like to appear by telephone in order to reduce costs.

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The parties may appear by telephone at the Scheduling Conference on December 10, 2009, at 11:30 a.m.  At the appointed day and time, the Plaintiff shall initiate a conference call with Defendant David Stott and then call Chambers at **(303) 335-2770**.

Dated:  November 25, 2009