IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02447-CMA-KLM

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the December 6, 2008, DeLaHoya/Pacquaio Broadcast,

    Plaintiff,

v.

DAVID STOTT, individually, and as an officer, director shareholder and/or principal of STOTTGRACEY LLC, d/b/a SPORTSCASTER BAR & GRILL, a/k/a SPORTSCASTER BAR, a/k/a SPORTSCASTER GRILL & TAVERN, a/k/a SPORTSCASTER BAR & RESTAURANT, and
STOTTGRACEY LLC, d/b/a SPORTSCASTER BAR & GRILL, a/k/a SPORTSCASTER BAR, a/k/a SPORTSCASTER GRILL & TAVERN, a/k/a SPORTSCASTER BAR & RESTAURANT,

    Defendants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Strike Purported Answer of Defendant Stottgracey, LLC, d/b/a Sportscaster Bar & Grill, a/k/a Sportscaster Bar, a/k/a Sportscaster Grill & Tavern, a/k/a Sportcasters Bar & Restaurant** [Docket No. 11; Filed November 13, 2009] (the "Motion"). Defendant David Stott has appeared on behalf of himself, *pro se*, and on behalf of Stottgracey, LLC, and filed an Answer to the Plaintiff's Complaint [Docket No. 10]. Because David Stott is not a licensed attorney admitted to practice in this Court, he is not permitted to represent Stottgracey, LLC. *See* 28 U.S.C. § 1654; *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556-57 (10th Cir. 2001) ("[A] corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."]. Pursuant to D.C. Colo. L. Civ. R. 11.1(A), a pleading listing in a signature block or otherwise purporting to enter an appearance by anyone other than a *pro se* individual party or a member of this court's bar may be stricken by the Court. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Answer of Defendant Stottgracey, LLC, is **STRICKEN**.

Dated: November 25, 2009