IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02447-CMA-KLM

J & J SPORTS PRODUCTIONS, INC, as Broadcast Licensee of the
December 6, 2008, DeLaHoya/Pacquaio Broadcast,

    Plaintiff,

v.

DAVID STOTT, individually, and as an officer, director shareholder and/or principal of
Stottgracey LLC, d/b/a Sportscaster Bar & Grill,
   a/k/a Sportscaster Bar,
   a/k/a Sportscaster Grill & Tavern,
   a/k/a Sportscaster Bar & Restaurant, and
STOTTGRACEY LLC, d/b/a SPORTSCASTER BAR & GRILL,
   a/k/a SPORTSCASTER BAR,
   a/k/a SPORTSCASTER GRILL & TAVERN,
   a/k/a SPORTSCASTER BAR & RESTAURAN,

    Defendants.

## ORDER FOR ADMINISTRATIVE CLOSURE

Pursuant to this Court's Show Cause Order (Doc. # 33) and Plaintiff's Response (Doc. # 34), which the Court has reviewed, the Court finds that this case should be administratively closed. Accordingly,

IT IS ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action, pursuant to D.C.COLO.LCivR 41.2.

DATED: July __9__, 2010

                                                BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge