**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02447-CMA-KLM

J & J SPORTS PRODUCTIONS, INC, as Broadcast Licensee of the
December 6, 2008, DeLaHoya/Pacquaio Broadcast,

    Plaintiff,

v.

DAVID SCOTT, individually, and as an officer, director shareholder and/or principal of
Stottgracey LLC, d/b/a Sportscaster Bar & Grill,
   a/k/a Sportscaster Bar,
   a/k/a Sportscaster Grill & Tavern,
   a/k/a Sportscaster Bar & Restaurant, and
STOTTGRACEY LLC, d/b/a SPORTSCASTER BAR & GRILL,
   a/k/a SPORTSCASTER BAR,
   a/k/a SPORTSCASTER GRILL & TAVERN,
   a/k/a SPORTSCASTER BAR & RESTAURAN,

    Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

    Based upon the Chapter 7 Discharge of Debtor as to Defendant David C. Stott, and good cause having been shown, Plaintiff's Motion for Order of Dismissal (Doc. # 36) is GRANTED. It is hereby

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(2), the above-entitled action is DISMISSED WITHOUT PREJUDICE, each party to pay his or its own costs, attorneys fees, and expenses.

    DATED:  December __15__, 2011

                                             BY THE COURT:

                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Court Judge